UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SENTASHA KEYAMA-JOY EL,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>OCWEN LOAN SERVICING LLC, ET AL,<br><br>　　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:15-cv-02390-ODE |

## J U D G M E N T

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation and Defendants' Motion to Dismiss and the Court having adopted said recommendation with modifications to allow the plaintiff to amend complaint within 30 days of Order dated 03/29/16 and plaintiff's failure to do so, the report and recommendation is adopted and said motion is granted, it is

**Ordered and Adjudged** that this action be, and the same hereby is **dismissed**.

Dated at Atlanta, Georgia, this 4th day of May, 2016.

　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　*s/Frances K. Pinckney*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
　May 4, 2016
James N. Hatten
Clerk of Court

By:　*s/Frances K. Pinckney*
　　　　　Deputy Clerk